IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **G.R**. by his next friends, guardians and Parents, **WILLIAM RUSSELL**, as Parent and individually, **KAREN RUSSELL**, as Parent and individually,<br><br>        Plaintiffs,<br><br>    vs.<br><br>**DALLAS SCHOOL DISTRICT No. 2**, an Oregon school district, **CHRISTY PERRY**, individually and in her official capacity as Superintendent of Dallas School District, **SUSAN GARTLAND**, individually and in her official capacity as Director of Special Education of Dallas School District, **MICHAEL BECK**, individually and in his official capacity as Assistant Principal of Dallas High School, **BRIAN GREEN**, individually and in his office capacity as Assistant Principal of Dallas High School,<br><br>        Defendants. | Civil Case No. 3:10-CV-00232-KI<br><br>JUDGMENT |

Page 1 - JUDGMENT

Kevin Charles Brague
The Brague Law Firm, LLC
12972 SW Tearose Way
Tigard, Oregon  97223

      Attorney(s) for Plaintiff(s)

J. Channing Bennett
Luke W. Reese
Kelly D. Noor
Kim E. Hoyt
GARRETT HEMANN ROBERTSON P. C.
1011 Commercial Street NE
P. O. Box 749
Salem, Oregon  97308-0749

      Attorney(s) for Defendant(s)

King, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    Dated this       4th       day of October, 2011.

                           /s/ Garr M. King
                            Garr M. King
                            United States District Judge